1  DOUGLAS K. deVRIES (SB#70633)
   deVRIES LAW FIRM
2  1792 Tribute Road, Suite 480
   Sacramento, CA 95815
3  Tel:  916/473-4343
   Fax:  916/473-4342
4
   ROBERT K. SCOTT  (SB#67466)
5  LAW OFFICES OF ROBERT K. SCOTT
   7700 Irvine Center Drive, Suite 605
6  Irvine, CA 92618
   Tel:  949/753-4950
7  Fax:  949/753-4949

8  Attorneys for Plaintiff

9  LAWRENCE E. BUTLER (SB# 111043)
   SEYFARTH SHAW
10 560 Mission Street, Suite 3100
   San Francisco, CA 94105
11 Tel:  415/397-2823
   Fax:  415/397-8549
12

13

14              IN THE UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17 CAROLE S. TALAN                     No. 2:05-CV-00109-FCD-PAN

18
              Plaintiff,               JOINT STIPULATION, REQUEST
19                                     AND ORDER TO EXTEND TIME
   vs.                                 FOR EXPERT DISCLOSURE
20

21 METROPOLITAN LIFE INSURANCE
   COMPANY,                            Complaint Filed: January 19, 2005
22
                                       Trial Date: September 19, 2006
23            Defendant.

24

25 _____/

26
   TO THE COURT AND ALL PARTIES OF RECORD:
27
          Counsel for plaintiff Carole S. Talan and counsel for defendant Metropolitan Life
28


Joint Stipulation and Order to Extend Expert Disclosure                                    1

Insurance Company, having met and conferred regarding the expert disclosure, hereby stipulate and request as follows:

Plaintiff and defendant have been engaged in settlement negotiations for several months and both sides have expectations that this matter may soon settle. In addition, plaintiff's counsel underwent a total hip replacement on November 28, 2005, which interrupted his normal work schedule.

For the foregoing reasons, IT IS HEREBY STIPULATED THAT the pretrial order be amended with respect to the time of expert disclosure and completion of experts as follows:

All counsel shall designate in writing and file with the court the names of all experts they propose to tender at trial on or before March 6, 2006. All supplemental designations shall be made on or before March 27, 2006.

It is so agreed and stipulated.

Dated: January 6, 2006                deVRIES LAW FIRM

                                      By:   /s/ Douglas K. deVries
                                            DOUGLAS K. deVRIES
                                            Attorney for Plaintiff

Dated: January 6, 2006                SEYFARTH SHAW

                                      By:   /s/ Lawrence E. Butler
                                            LAWRENCE E. BUTLER
                                            Attorneys for Defendant

**IT IS SO ORDERED**:

Dated: January 6, 2006                By:   /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL, Jr.
                                            United States District Judge