Douglas K. deVries (SB#70633)
deVRIES LAW FIRM
1792 Tribute Road, Suite 480
Sacramento, CA  95815
Tel:     916/473-4343
Fax:    916/473-4342

Attorneys for Plaintiff
CAROLE S. TALAN


SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549


Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

United States District Court

Eastern District of California

| | | |
|---|---|---|
| CAROLE S. TALAN, | ) | Case No. 2:05-CV-00109 FCD-PAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION OF DISMISSAL WITH |
| | ) | PREJUDICE AND ORDER |
| vs. | ) | |
| | ) | |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY | ) | |
| Defendant. | ) | |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff CAROLE S. TALAN and Defendant METROPOLITAN LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

///

///

1

IT IS SO STIPULATED.

DATED: February ___, 2006                              deVRIES LAW FIRM


                                                       By:_____
                                                          Douglas K. deVries
                                                          Attorney for Plaintiff
                                                          CAROLE S. TALAN

Dated:  February _____, 2006                          SEYFARTH SHAW LLP


                                                       By _____
                                                          Lawrence E. Butler
                                                          Attorneys for Defendant
                                                          METROPOLITAN LIFE
                                                           INSURANCE COMPANY

## **ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 28, 2006

_____     /s/ Frank C. Damrell Jr
                                 The Honorable Frank C. Damrell, Jr.
                                 United States District Court Judge

2